UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHUN HUA WEI,

    Plaintiff,

v.                                                  CASE NO: 8:09-cv-483-T-26EAJ

BUSCH ENTERTAINMENT CORPORATION,

    Defendant.
_____/

**O R D E R**

    Upon due consideration of the parties' submissions, together with the procedural history of this case, and consistent with the time-honored legal principle that cases should be decided on their merits, it is ordered and adjudged that Defendant's Motion to Strike Plaintiff's Supplemental Disclosure Served After the Discovery Deadline (Dkt. 25) is denied without prejudice. Defendant shall be allowed until March 4, 2011, to engage in additional discovery with regard to Plaintiff's supplemental disclosures served after the expiration of the discovery deadline, including redeposing Plaintiff. In the event Defendant in good faith believes that it is still prejudiced by the late supplemental disclosures, notwithstanding the additional time allotted to engage in discovery, it may refile the motion. In doing so, however, it shall advise the Court of what new information was revealed in the supplemental disclosures that it was unaware of through its own discovery efforts by subpoenas served on third-party medical providers or otherwise.

    **DONE AND ORDERED** at Tampa, Florida, on January 25, 2011.

                                                      s/*Richard A. Lazzara*
                                                      **RICHARD A. LAZZARA**
                                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record